UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 24-cv-00438-SDM

CLARK CHAMBERLIN, a disabled minor child, by and through his parents and co-guardians TODD CHAMBERLIN and KELLI CHAMBERLIN, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

BOSTON FINANCE GROUP, LLC, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Caroline Herter, Esq. (Herter@kolawyers.com) of the law firm KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT files this Notice of Appearance as attorney on behalf of Plaintiffs, CLARK CHAMBERLIN, a disabled minor child, by and through his parents and co-guardians TODD CHAMBERLIN and KELLI CHAMBERLIN, *on behalf of themselves and all others similarly situated.*

    DATED March 19, 2024    Respectfully submitted,

    By: */s/ Caroline Herter*
    Jeff Ostrow FBN 121452
    David L. Ferguson FBN 981737

Jonathan M. Streisfeld FBN 117447
Caroline Herter FBN 1035444
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG**
**GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
ferguson@kolawyers.com
streisfeld@kolawyers.com
herter@kolawyers.com

*Attorneys for the Plaintiffs and putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 19th day of March 2024.

By: */s/ Caroline Herter*
CAROLINE HERTER