UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CLARK CHAMBERLIN, by and through TODD and KELLI CHAMBERLIN, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON FINANCE GROUP, LLC, et al.<br><br>Defendants. | Case No. 24-cv-00438 |

**UNOPPOSED MOTION OF WITHDRAWAL OF BENNETT J. OSTDIEK**

Pursuant to Local Rule 2.02, Bennett J. Ostdiek, of the law firm Beck Redden LLP, hereby moves to withdraw as additional counsel for Defendant American Momentum Bank in this matter. Mr. Ostdiek will no longer be associated with Beck Redden after Friday, December 20. American Momentum Bank will continue to be represented by Marcos Rosales as lead counsel, as well as by Cassandra R. Maneen, Donald R. Kirk, and Charles W. Throckmorton. American Momentum Bank consents to this withdrawal. Defendants are unopposed to this motion.

Dated: December 18, 2024

Respectfully submitted,

**BECK REDDEN LLP**

By: */s/ Bennett J. Ostdiek*
Marcos Rosales
TX Bar No. 24074979
(Special Admission)
mrosales@beckredden.com
Bennett J. Ostdiek

1

        TX Bar No. 24122056
        (Special Admission)
        bostdiek@beckredden.com
        1221 McKinney, Suite 4500
        Houston, TX  77010-2010
        Tel: (713) 951-3700

**COUNSEL FOR DEFENDANT AMERICAN MOMENTUM BANK**

**ADDITIONAL COUNSEL FOR DEFENDANT AMERICAN MOMENTUM BANK:**

BECK REDDEN LLP
Cassandra R. Maneen
TX Bar No. 24120989
(Special Admission)
cmaneen@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone:   (713) 951-3700
Facsimile:    (713) 951-3720

CARLTON FIELDS, PA
Donald R. Kirk
FL Bar No. 105767
dkirk@carltonfields.com
4221 W Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone:   (813) 229-4334
Facsimile:    (813) 229-4133
Charles W. Throckmorton
FL Bar No. 101203
cthrockmorton@carltonfields.com
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Telephone:   (305) 530-0050
Facsimile:    (305) 530-0055

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 17, 2024, I conferred with counsel for Plaintiffs via e-mail regarding the relief requested in this motion. Plaintiffs are unopposed to the relief requested herein.

*/s/ Marcos Rosales*
MARCOS ROSALES

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to the provisions of Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing document has been served on all counsel of record on December 18, 2024 via CM/ECF.

*/s/ Bennett J. Ostdiek*
Bennett J. Ostdiek

3