UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARK CHAMBERLIN, by and through
TODD AND KELLI CHAMBERLIN;

    Plaintiffs,

vs.                                      Case No. 8:24-CV-00438-SDM-AEP

BOSTON FINANCE GROUP, LLC, et. al.

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANTS**

Pursuant to Local Rule 2.02, Defendants' counsel, Eric S. Koenig, William A. McBride and the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, (collectively, "Trenam Law") counsel for Defendants, Boston Finance Group, LLC ("BFG"), Boston Asset Management, Inc., Prospect Funding Holdings, LLC, Prospect Funding Partners, LLC, Prospect Funding Holdings (NY) III, Leo Govoni, John W. Staunton, Jonathan Golden (collectively, "Defendants") respectfully move for an order from this Court permitting their withdrawal from the above-styled and as grounds therefore state as follows:

1.     Conditions are such that withdrawal is permitted as provided in Rule 4-1.16(b) of the Rules Regulating The Florida Bar, including the inability to cover the financial obligations to the undersigned and a conflict among the Defendants

as to strategy/decisions that has rendered Trenam Law unable to continue with its representation of the Defendants.

2.  The undersigned certifies that Defendants have consented to Trenam Law's withdrawal, and a copy of this motion is being provided to Defendants as permitted under, and in compliance with, applicable rules.

3.  Defendants Boston Finance Group, LLC, Boston Asset Management, Inc., Prospect Funding Holdings, LLC, Prospect Funding Partners, LLC, Prospect Funding Holdings (NY) III and Leo J. Govoni's contact information is as follows:

> c/o Leo J. Govoni
> 12707 49th Street North
> Clearwater FL 33762
> (727) 497-1661
> LeoJGovoni@boston-holding.com

4.  Defendant, Jonathan Golden's contact information is as follows: Jonathan Golden, 2950 Meadow Hill Drive, Clearwater, FL 33761 (727-365-7912); golden_jonathan@outlook.com.

WHEREFORE, Trenam Law requests the Court enter an Order permitting Trenam Law to withdraw as counsel for Defendants in this action and relieving Trenam Law of any further responsibility in this matter, providing Defendants 30 days to find new counsel to enter an appearance in this matter, and granting such other and further relief as may be available under the circumstances.

### CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

The undersigned counsel for Defendants hereby certifies that Defendants have complied with the attorney-conference requirement of Local Rule 7.1(a)(3).

Specifically, the undersigned conferred by email with all counsel involved, who advised that they had no objection to the relief sought herein.

                                                Respectfully Submitted,

                        */s/ Eric S. Koenig*
                        ERIC S. KOENIG
                        Florida Bar No. 0016693
                        ekoenig@trenam.com
                        ranctil@trenam.com
                        WILLIAM A. MCBRIDE
                        Florida Bar No. 112081
                        bmcbride@trenam.com
                        lbehr@trenam.com
                        TRENAM, KEMKER, SCHARF, BARKIN,
                           FRYE, O'NEILL & MULLIS, P.A.
                        101 East Kennedy Boulevard
                        Tampa, FL  33601-1102
                        Telephone: (813) 223-7474
                        Attorneys for Defendants.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January 2025 a true and correct copy of the foregoing Motion to Withdraw as Counsel was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

                                                */s/ Eric S. Koenig*
                                                   Attorney